THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL MONACO, Appellant, against JOHN F. McNEILL, as Director of Matteawan State Hospital, Respondent.

Submitted January 3, 1949; decided January 13, 1949.

*Nathaniel L. Goldstein, Attorney-General (George A. Radz* of counsel), for motion to dismiss appeal.

*Samuel Brill* and *Michael P. Direnzo* for motion to dispense with undertaking and in opposition to motion to dismiss.

Motion to dismiss appeal on the ground that no constitutional question is presented, denied. Motion to dismiss appeal for failure to file a return granted and appeal dismissed, unless appellant files his return within thirty days, in which event motion denied. Motion to dispense with undertaking on appeal granted.